# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JUAN PIERRE GRIFFIN,<br><br>*Plaintiff*<br>v.<br>PRESIDENT OF THE UNITED STATES OF AMERICA #41, et al.,<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 2:17-CV-005-JLQ-1<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Complaint (ECF No. 4) and the claims therein are DISMISSED WITH PREJUDICE and without costs or attorneys' fees awarded to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Justin L. Quackenbush

Date:  January 5, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb